No. 7478.

## KELSEY *v.* McLAUGHLIN.

From the Tippecanoe Circuit Court.

*E. C. Snyder,* for appellant.
*R. C. Gregory* and *W. B. Gregory,* for appellee.

WOODS, J.—In the case of *Ward* v. *Haggard,* 75 Ind. 381, this court held that the assignee of a judgment, rendered upon an endorsed promissory note, could not maintain an action against the endorser of the note. Such was the action of the appellee in this case. The court erred in overruling the demurrer to the complaint.

The judgment is reversed, with costs, and cause remanded, with instructions to sustain the demurrer to the complaint.